Todd E. Soloway
tsoloway@pryorcashman.com
William L. Charron
wcharron@pryorcashman.com
Joshua D. Bernstein
jdbernstein@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806

*Attorneys for Plaintiff Castillo Grand, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASTILLO GRAND, LLC,<br><br>                             Plaintiff,<br><br>    - against -<br><br>SHERATON OPERATING CORPORATION,<br><br>                             Defendant. | 09 CV 7197 (RPP)<br><br>**NOTICE OF CROSS-MOTION** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the Declaration of Todd E. Soloway and the exhibits annexed thereto, the undersigned will cross-move this Court before the Honorable Robert P. Patterson, Jr., United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York, on a date and time to be directed by the Court, for an Order granting plaintiff Castillo Grand, LLC's cross-motion for (i) sanctions from

Sheraton's counsel pursuant to 28 U.S.C. § 1927; and (ii) for such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 2, 2010

                                            PRYOR CASHMAN LLP

                                            By: _____
                                                Todd E. Soloway
                                                tsoloway@pryorcashman.com
                                                William L. Charron
                                                wcharron@pryorcashman.com
                                                Joshua D. Bernstein
                                                jdbernstein@pryorcashman.com
                                                7 Times Square
                                                New York, New York 10036-6569
                                                (212) 421-4100
                                                *Attorneys for Plaintiff Castillo Grand, LLC*

TO:    William A. Brewer III, Esq.
           Bickel & Brewer
           767 Fifth Avenue, 50th Floor
           New York, New York 10153
           (212) 489-1400
           *Attorneys for Defendant Sheraton Operating Corporation*