Todd E. Soloway
tsoloway@pryorcashman.com
Lisa M. Buckley
lbuckley@pryorcashman.com
Joshua D. Bernstein
jdbernstein@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806

*Attorneys for Plaintiff Castillo Grand, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASTILLO GRAND, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> SHERATON OPERATING CORPORATION, <br><br> Defendant. | 09 Civ. 7197 (RPP) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the attached Memorandum of Law in Support of Motion for Reconsideration, and the exhibits annexed thereto, the undersigned will move this Court before the Honorable Robert P. Patterson, Jr., United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York, on a date and time to be directed by the Court, for an Order of reconsideration pursuant to Federal Rules of Civil Procedure 60 and Local Civil Rule 6.3 of the United States District Court for the Southern District of New York, granting reconsideration of the Opinion and Order of the Court dated and filed on December 23, 2010 (the "Opinion") granting defendant Sheraton Operating Corporation's ("Sheraton") motion for costs pursuant to 28 U.S.C. § 1919 and denying Castillo's

cross-motion for sanctions pursuant to 28 U.S.C. § 1927, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 6, 2011

PRYOR CASHMAN LLP

By: /s/ Todd E. Soloway

Todd E. Soloway
tsoloway@pryorcashman.com
Lisa M. Buckley
lbuckley@pryorcashman.com
Joshua D. Bernstein
jdbernstein@pryorcashman.com
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff Castillo Grand, LLC*

To: William A. Brewer III, Esq.
Bickel & Brewer
4800 Bank One Center
1717 Main Street
Dallas, Texas 75201
*Attorneys for Defendant Sheraton Operating Corporation*