Case 1:09-cv-07197-RPP   Document 68   Filed 07/26/13   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CASTILLO GRAND LLC,

                Plaintiff,

    - against -

SHERATON OPERATING CORPORATION,

                Defendant.

----------------------------------------X

09 CV 7197 (RPP)

**AMENDED JUDGMENT**

#13,1481

Defendant having moved for an award of just costs pursuant to 28 U.S.C. § 1919, and the matter having come before the Honorable Robert P. Patterson, Jr., United States District Judge, and the Court, on December 23, 2010, having rendered its Opinion and Order granting defendant's motion for just costs pursuant to 28 U.S.C. § 1919, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated December 23, 2010, defendant's motion for an award of just costs pursuant to 28 U.S.C. § 1919 is granted in part, and defendant Sheraton Operating Corporation is awarded judgment against plaintiff Castillo Grand LLC for the sum of $30,000.

It is further **ORDERED** that post-judgment interest on the total award of $30,000 shall accrue from May 19, 2011, in accordance with 28 U.S.C. § 1961.

Dated: New York, New York
       July 26 2013

                                            Ruby J. Krajick
                                            Clerk of Court

BY:                                      Deputy Clerk