**EXHIBIT B**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASTILLO GRAND LLC,

                Plaintiff,

- against -

SHERATON OPERATING CORPORATION,

                Defendant.

09 CV 7197 (RPP)

**SATISFACTION OF JUDGMENT**

# 13,1481

---

**To the Clerk of the above named Court:**

**WHEREAS,** on July 26, 2013, an Amended Judgment (the "Judgment") in the amount of $30,000.00, plus post-judgment interest at the statutory rate from May 19, 2011, was entered in connection with the above-captioned action in favor of defendant Sheraton Operating Corporation and against plaintiff Castillo Grand LLC; and

**NOW, THEREFORE,** this is your warrant and authority to enter into the record a full and complete satisfaction of the Judgment and to cancel the judgment of record as against Castillo Grand LLC.

                                          SHERATON OPERATING CORPORATION

                                          By: _____
                                               Name: Kenneth S. Siegel
                                               Title: Chief Administrative Officer and
                                                      General Counsel

11